UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-1068

 ROLAND C. DUBOIS AND RESTORE: THE NORTH WOODS,
 Defendants, Appellants,

 v.

 UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,
 Plaintiffs, Appellees.
 

 BEFORE

 Selya, Circuit Judge, 
 Coffin and Bownes, Senior Circuit Judges. 

 

 ORDER OF COURT

 Entered: January 24, 1997

 The appellee Loon Mountain Recreation Corporation is
granted the same amount of time in which to file a petition for
rehearing as the appellant.

 Therefore, as computed by this Clerk's Office, the
petition for rehearing must be filed no later than February 5,
1997 which is 45 days from the date of judgment of December 19,
1996.

 By the Court:
 WILLIAM H. NG, Clerk

 By 
 Chief Deputy Clerk

 ccc: Messrs. Dubois, Callen, Plourde, Armstrong, Kehne, Bryson, 

 Quast, Williams, Hill]